AO-10
Rev. 1/2004

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOTZ, DIANA G | FOURTH CIRCUIT CT. OF APPEALS | 5/21/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FOURTH CIRCUIT JUDGE - Active | ◯ Nomination, Date  ◯ Initial  ⦿ Annual  ◯ Final | 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 101 W. Lombard St., 9th Fl. Baltimore, Maryland 21201 | Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NON - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Johns Hopkins Hospital and Johns Hopkins University |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 28 A 11: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | August 11-12 - San Francisco, CA - annual meeting (transportation, meals, and lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2. | IBM | A | Div | K | T | | | | |
| 3. | T. Rowe Price - Tax Exempt | C | Int | J | T | | | | |
| 4. | T. Rowe Price | A | Div | K | T | | | | Please note - not a mutual |
| 5. | Sara Lee | A | Div | J | T | | | | |
| 6. | Nicholas Fund | A | Div | K | T | | | | |
| 7. | T. Rowe Price Equity Income Fund | A | Dividend | K | T | | | | |
| 8. | Putnam Emerging Growth Fund | A | Div | J | T | | | | |
| 9. | Putnam Emerging Growth Fund | A | Dividend | J | T | | | | |
| 10. | Chevron/Texaco | A | Div | J | T | | | | |
| 11. | Campbell Soup | A | Div | J | T | | | | |
| 12. | MD. Health Bond | A | Interest | K | T | | | | |
| 13. | AIM-Weingarten (IRA) | A | Div | J | T | | | | |
| 14. | Bellsouth | A | Div | J | T | | | | |
| 15. | Gen'l Elec | A | Div | K | T | | | | |
| 16. | DuPont DeNemour & Co. | A | Div | J | T | | | | |
| 17. | Merck(IRA) | A | Div | J | T | | | | |
| 18. | ExxonMobil Corp. (IRA) | A | Div | K | T | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Columns C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 5/21/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Apple Computer | A | Div | J | T | | | | | |
| 20. AIM Glbl. Telecomm.(IRA) | A | Int | J | T | Sell | 4/9 | J | A | |
| 21. T. Rowe Price-New ERA | A | Dividend | K | T | | | | | |
| 22. T. Rowe Price - Value | A | Dividend | K | T | | | | | |
| 23. MD State Transp. | A | Interest | J | T | Sell | 3/17 | J | A | |
| 24. P.G. County Cons. Pub. | A | Interest | J | T | | | | | |
| 25. MSDW Liquid Asset | A | Interest | K | T | | | | | |
| 26. MSDW Liquid Asset (IRA) | A | Interest | J | T | | | | | |
| 27. T. Rowe Price - Capital Opp. (IRA) | A | Dividend | K | T | | | | | |
| 28. T. Rowe Price - Health Sciences (IRA) | A | Dividend | K | T | | | | | |
| 29. T. Rowe Price - New Asia (IRA) | A | Dividend | J | T | | | | | |
| 30. T. Rowe Price - Small - Cap Value (IRA) | A | Dividend | K | T | | | | | |
| 31. T. Rowe Price - Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 32. MSDW Liquid Asset | A | Interest | K | T | | | | | See Section VIII - note 1 |
| 33. Manugistics | A | Dividend | J | T | | | | | |
| 34. Manugistics | A | Dividend | J | T | | | | | |
| 35. T. Rowe Price - Prime Reserve (IRA) | A | Dividend | K | T | | | | | |
| 36. Merck | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 5/21/04 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Merck | A | Dividend | J | T | | | | | |
| 38. Lucent Technologies (IRA) | A | Dividend | J | T | | | | | |
| 39. Walmart (IRA) | A | Dividend | J | T | | | | | |
| 40. Cisco Systems (IRA) | A | Dividend | J | T | | | | | |
| 41. MSDW American Opportunity (IRA) | A | Dividend | J | T | Sell part | 11/25 | J | A | |
| 42. MSDW Dividend Growth B (IRA) | A | Dividend | J | T | Sell part | 11/25 | J | A | |
| 43. MSDW Aggressive Equity (IRA) | A | Dividend | J | T | Sell part | 11/25 | J | A | |
| 44. MSDW Total Market Fund (IRA) | A | Dividend | J | T | Sell part | 11/25 | J | A | |
| 45. America Online | A | Dividend | J | T | Gift | 6/12 | J | A | See Section VIII - note 2 |
| 46. CVS | A | Dividend | J | T | | | | | |
| 47. Lucent | A | Dividend | J | T | | | | | |
| 48. Unit VK Focus (formerly MSDW Select Ten) (IRA) | A | Dividend | J | T | | | | | |
| 49. John Hancock Tech. (IRA) | A | Dividend | J | T | Sell part | 4/9 | J | A | |
| 50. John Hancock Fin. (IRA) | A | Dividend | J | T | Sell part | 4/9 | J | A | |
| 51. John Hancock Regional Bank (IRA) | A | Dividend | J | T | Sell | 4/9 | J | A | |
| 52. Md. State CD-B | A | Interest | J | T | | | | | |
| 53. T. Rowe Price | A | Dividend | J | T | | | | | Please note - not a mutual |
| 54. Pepsico | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOTZ, DIANA G | 5/21/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. U.S. Treasury Bonds (IRA) | A | Interest | K | T | | | | | |
| 56. Baltimore County Bond | A | Interest | J | T | | | | | |
| 57. Montgomery County Bond | A | Interest | K | T | | | | | |
| 58. Global Dividend Growth | A | Dividend | J | T | Buy | 11/25 | J | | |
| 59. Special Value Fund B | A | Dividend | J | T | Buy | 11/25 | J | | |
| 60. Charles County Bond | A | Dividend | J | T | Buy | 4/9 | J | | |
| 61. Federal Home Loan Note (IRA) | A | Interest | J | T | Buy | 4/3 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Investments - Note 1 - This erroneously has been reported in prior years as being in an IRA account.

Investments - Note 2 - Gift to ▇▇▇▇ on 6/12/02. I neglected to report this last year.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MOTZ, DIANA G | 5/21/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date May 24, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544